UNITED STATES DISTRICT COURT
OF SOUTH CAROLINA
FLORENCE DIVISION
CIVIL ACTION NO. _____

| | |
|---|---|
| RONNIE MOORE AND DEBRA MOORE,<br><br>　　Plaintiffs,<br><br>v.<br><br>NATIONAL TEACHERS ASSOCIATES<br>LIFE INSURANCE COMPANY,<br><br>　　Defendant. | **NOTICE OF REMOVAL** |

**TO THE UNITED STATES DISTRICT COURT OF SOUTH CAROLINA:**

Defendant National Teachers Associates Life Insurance Company ("NTALIC"), for the purpose of removing this action from the Court of Common Pleas Marlboro County, South Carolina to the United States District Court of South Carolina, and pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, respectfully shows as follows:

　　1.　　**State Court Action.**  This is an action alleging breach of contract and various other tort claims filed on or about December 14, 2015, in the Court of Common Pleas of Marlboro County, Case No.: 15-CP-34-322, captioned as set forth above.  See attached and incorporated Summons and Complaint served upon the Defendant as **Exhibit "A."**

　　2.　　**Federal Jurisdiction.**  As alleged in the Complaint, the Plaintiffs are individual residents of Marlboro County, South Carolina (Complaint ¶¶ 1).  The Defendant is a corporation with its principal place of business in Addison, Texas and has at all times been registered with the South Carolina Department of Insurance to conduct business in South Carolina.  See attached and incorporated **Exhibit "B."**  The Plaintiffs have failed to plead an amount in controversy or attach any agreement allegedly breached by the Defendant.  However, after considerable pre-suit

1

correspondence, the Plaintiffs, through their counsel, demanded a sum of $480,780.00 to settle this matter, and broke down the alleged damages per medical provider. See attached and incorporated letter dated September 28, 2015 as **Exhibit "C."** The September 28, 2015 letter was the last correspondence before Plaintiffs filed the civil suit. Clearly, the Plaintiffs have valued their claim against NTALIC in excess of the jurisdictional limit of $75,000.00. Accordingly, this Court has original jurisdiction over this civil action based upon complete diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332(a), and this civil action is one which may be removed pursuant to 28 U.S.C. § 1441.

3.     **Timeliness of Removal.** The attached Summons and Complaint were served upon the Defendant on or after January 14, 2016, through its registered agent for service of process. See attached and incorporated letter dated January 14, 2016 as **Exhibit "D."** Accordingly, removal of this action is timely pursuant to 28 U.S.C. § 1446(b), as such removal has been effected within 30 days of January 14, 2016.

4.     **Reservation.** Nothing in this Notice of Removal should be deemed a waiver of any defenses relating to lack of personal jurisdiction or lack or sufficiency of service. The Defendant will file an answer or other responsive pleading within the time limits established by Rule of Civil Procedure 81(c), unless such limits are otherwise extended by the Court.

This the 10th day of February, 2016.

/s/ Andrew S. Culicerto
Andrew S. Culicerto
S.C. State Bar No. 74480
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
E-Mail: aculicerto@slk-law.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have caused a copy of the foregoing to be filed for electronic service and to be served by U.S. Mail, properly addressed and postage prepaid, on the following:

Marshall Solomon Weaver, Esq.
Weaver Law Firm, LLC
2137 Hoffmeyer Rd., Suite B
Florence, South Carolina 29501
marshall@theweaverlawfirm.org

This the 10th day of February, 2016.

                                          /s/ Andrew S. Culicerto
                                          Andrew S. Culicerto